IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| ANTOINNE DERRELL WHEELER | ) |
| | ) |
| v. | ) CIVIL ACTION NO.06-B-8009-NE |
| | ) CRIMINAL NO. 04-B-324NE |
| UNITED STATES OF AMERICA | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on October 29, 2008 recommending that the motion to vacate be denied. The parties were allowed fifteen days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the motion to vacate is due to be DENIED. A Final Judgment will be entered.

As to the foregoing it is **ORDERED** this the 8th day of January, 2009.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE